**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | |
| *Plaintiff*, | C.A. No. 20-753-LPS |
| | C.A. No. 21-196-LPS |
| v. | |
| ANNORA PHARMA PRIVATE LIMITED | |
| *Defendant*. | |
| SILVERGATE PHARMACEUTICALS, INC., | |
| *Plaintiff*, | C.A. No. 19-2100-LPS |
| v. | |
| ALKEM LABORATORIES LTD. | |
| *Defendant*. | |

**THIRD PARTY BIONPHARMA INC.'S MOTION TO INTERVENE**
**PURSUANT TO FED. R. CIV. P. 24(b)(1)**

Third party and proposed Intervenor Bionpharma Inc. ("Bionpharma") hereby moves to intervene in the above-captioned matters pursuant to Federal Rule of Civil Procedure 24(b)(1) for the limited purpose of filing a motion for protective order to maintain the confidentiality of very limited portions of this Court's April 27, 2021 Opinion ("Opinion") in *Silvergate Pharmaceuticals Inc. v. Bionpharma Inc.* C.A. Nos 18-1962 and 19-1067 (D. Del.) and the transcripts associated with the trial held in those matters on February 1-5, 2021.

WHEREFORE, for the reasons set forth in Bionpharma's Memorandum of Law, incorporated as though set forth fully herein, Bionpharma respectfully requests that this Court grant its motion to intervene pursuant to Fed. R. Civ. P. 24(b)(1) for the limited purpose of filing a motion for protective order.

Dated:  May 21, 2021

<div style="margin-left: 45%;">

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Third Party Bionpharma Inc.*

</div>