IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-753 (LPS) |
| v. | ) |
| | ) |
| ANNORA PHARMA PRIVATE LIMITED, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

WHEREAS Plaintiff Azurity Pharmaceuticals, Inc. ("Plaintiff" or "Azurity") has filed claims against Defendant Annora Pharma Private Limited ("Defendant" or "Annora") (collectively "the Parties") in Civil Action No. 20-753 ("Action"), for infringement of United States Patent Nos. 9,669,008 (the "'008 Patent"), 9,808,442 (the "'442 Patent"), 10,039,745 (the "'745 Patent"), and 10,154,987 (the "'987 Patent") (collectively, "the Asserted Patents");

WHEREAS Plaintiff previously asserted the '745 Patent and '987 Patent against Bionpharma, with this Court having entered a final judgment of non-infringement in favor of Bionpharma following a bench trial, in which the Court held that Plaintiffs could not rely upon the doctrine of equivalents with respect to certain claim element(s) (*Silvergate Pharmaceuticals, Inc. v. Bionpharma Inc.*, C.A. Nos. 18-1962 and 19-1067, D.I. 270, 257 (D. Del., Apr. 29, 2021) ("the Bionpharma Litigation")); and

WHEREAS Annora contends that the Court's judgment concerning the availability of the doctrine of equivalents in the Bionpharma Litigation precludes Plaintiff from continuing to assert the Asserted Patents against Annora in the Action based on principles of collateral estoppel;

WHEREAS Azurity contends the issues on appeal in the Bionpharma Litigation will affect the scope of the issues in the Action;

WHEREAS Azurity reserves all rights to bring an action against Annora with respect to the Asserted Patents in the event that the Federal Circuit renders a decision whereby collateral estoppel would not apply to bar Azurity's assertion of the Asserted Patents against Annora;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Azurity and Annora, subject to the approval of the Court, that all of Azurity's infringement claims are dismissed WITH PREJUDICE, and all other counterclaims, defenses, motions, and petitions asserted in this action are dismissed WITHOUT PREJUDICE as moot.  This dismissal is WITHOUT PREJUDICE to Azurity's ability to re-assert the Asserted Patents against Annora in the event that the Federal Circuit renders a decision whereby collateral estoppel would not apply to bar Azurity's assertion of the Asserted Patents against Annora. In the event that Azurity pursues such relief, Annora shall retain the right to respond with any and all defenses and counterclaims.  Further, the undersigned counsel for Azurity and Annora, subject to the approval of the Court, stipulate and agree that the 30-month period preventing Annora from receiving final FDA approval for ANDA No. 214467 shall be terminated pursuant to 21 CFR 314.107(b)(3)(vi), (vii), and (viii).  Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed in this Action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Ronald P. Golden III* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| *Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.* | *Attorneys for Defendant Annora Pharma Private Limited* |

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Natalie J. Morgan
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300

Granville C. Kaufman
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

OF COUNSEL:

Todd S. Werner
Saukshmya Trichi
CARLSON, CASPERS, VANDENBURGH,
& LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600

October 19, 2021

SO ORDERED this ___ day of _____, 2021.

_____
The Hon. Leonard P. Stark